RITA G. COURSEN, PLAINTIFF-RESPONDENT, v. ERIC B. COURSEN, DEFENDANT, AND EMERSON L. DARNELL, EXECUTOR OF THE ESTATE OF ALFRED E. DARNELL, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 420.

*Mr. Emerson E. Darnell, pro se.*

*Mr. Henry J. Daaleman* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN DE VITO, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Richard M. Altman* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES CORTO KING, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Arthur Penn* for the petitioner.

*Mr. Joseph Tuso* and *Mr. Donald M. Kaplan* for the respondent.

June 30, 1969. Denied.